UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ABEL TIRADO,

                                Plaintiff,          **22 cv 3042 (NRB)**

    - against -

                                                    **JUDGMENT**

THE CITY OF NEW YORK, POLICE OFFICER
EDWARD GASTON, AND JOHN DOES 1-5,

                                Defendants.
------------------------------------------------------------x

       Whereas Defendants, having offered to allow plaintiff Abel Tirado to take a judgment against defendant City of New York in this action for the total sum of Seven Thousand Five Hundred ($7,500.00) dollars, plus reasonable attorneys' fees, expenses, and costs to the date of the offer for plaintiff's federal claims; plaintiff's attorney having accepted the offer of judgment and the offer is not to be construed as an admission of liability by defendants, or any official, employee, or agent of the City of New York, or any agency thereof, nor is it an admission that plaintiff has suffered any damage, it is,

       **ORDERED, ADJUDGED, AND DECREED**, That plaintiff have judgment in the amount of $7,500.00, plus reasonable attorneys' fees, expenses, and costs to the date of the offer for Plaintiff's federal claims as against the City of New York.

**DATED:**    New York, New York

              December 19, 2022

                                                  HON. NAOMI REICE BUCHWALD
                                                  UNITED STATES DISTRICT JUDGE